```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - X
                                     :
UNITED STATES OF AMERICA             :
                                     :
        - v. -                       :
                                     :
NELSON PEREZ,                        :
   a/k/a "Pito,"                     :    ORDER
   a/k/a "Stars,"                    :
MIGUEL CRUZ,                         :    18 Cr. 743 (   )
a/k/a, "Flaco,"                      :
MALI RODRIGUEZ,                      :
a/k/a "Wise,"                        :
   a/k/a "Haze," and                 :
GABRIEL DE LA NUEZ,                  :
   a/k/a "Lito,"                     :
                                     :
                Defendants.          :
                                     :
- - - - - - - - - - - - - - - - - - X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: OCT 1 8 2018

JUDGE OETKEN

    Upon the application of the United States, by the United States Attorney for the Southern District of New York, Geoffrey S. Berman, by Assistant United States Attorneys Michael D. Longyear and Jacob Warren;

    It is found that the Indictment in the above-captioned action, 18 Cr. 743, is currently sealed and the United States Attorney's Office has applied to have that Indictment unsealed, it is therefore

ORDERED that the Indictment, 18 Cr. 743, in the above-captioned action be unsealed and remain unsealed pending further order of the Court.

Dated:    New York, New York
           October 18, 2018

THE HONORABLE GABRIEL W. GORENSTEIN
CHIEF UNITED STATES MAGISTRATE JUDGE